IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN HARDNEY,

        Plaintiff,                      No. CIV S-04-1897 LKK GGH P

    vs.

TOM CAREY, et al.,

        Defendants.

_____/        ORDER

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On January 24, 2005, the court dismissed the amended complaint with leave to file a second amended complaint. Pending before the court is the second amended complaint filed March 2, 2005.

        The second amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Service is appropriate for the following defendants: Carey, Brown, Johns, Scavetta, Motschenbacher, Stewart, Paradis and Edwards.

        2. The Clerk of the Court shall send plaintiff 8 USM-285 forms, one summons,

an instruction sheet and a copy of the second amended complaint filed March 2, 2005.

      3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

        a. The completed Notice of Submission of Documents;

        b. One completed summons;

        c. One completed USM-285 form for each defendant listed in number 3 above; and

        d. Nine copies of the endorsed second amended complaint filed March 2, 2005.

      4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: 5/19/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
hard1897.srv

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN HARDNEY,

    Plaintiff,

vs.

TOM CAREY, et al.,

    Defendants.

_____/

No. CIV S-04-1897 LKK GGH P

NOTICE OF SUBMISSION

OF DOCUMENTS

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    __1__    completed summons form

    __8__    completed USM-285 forms

    __9__    copies of the _____
                         Complaint/Amended Complaint

DATED:

                                        Plaintiff