BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MONICA N. ANDERSON
Supervising Deputy Attorney General
VAN KAMBERIAN, State Bar No. 176665
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 324-3892
  Fax:  (916) 324-5205

Attorneys for Defendants Carey, Brown, Johns,
Scavetta, Motschenbacher, Paradis, Edwards, and
Stewart
SA2005301029

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JOHN HARDNEY,** | CASE NO. CIV S-04-1897 LKK GGH P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR AN EXTENSION OF TIME** |
| v. | |
| **TOM CAREY, et al.,** | |
| Defendants. | |

Good cause appearing, Defendants are granted a 30 day extension to file a responsive pleading.  Defendants' responsive pleading shall be due on or before November 2, 2005.

IT IS SO ORDERED

Dated: 10/5/05

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

har1897.eot.wpd

[Proposed] Order Granting Defendant's First Request for an Extension of Time

1