IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN HARDNEY,

    Plaintiff,        No. CIV S-04-1897 LKK GGH P

  vs.

TOM CAREY, et al.,

    Defendants.      FINDINGS & RECOMMENDATIONS

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for a preliminary injunction filed October 7, 2005. Plaintiff requests that he be transferred from the maximum security facility where he is now incarcerated (California State Prison-Lancaster) to a medium security facility.

        No defendants are located at California State Prison-Lancaster. Rather, all defendants are located at California State Prison-Solano. Therefore, plaintiff is seeking injunctive relief against individuals who are not named as defendants in this action. This court is unable to issue an order against individuals who are not parties to a suit pending before it. See Zenith Radio Corp. v. Hazeltine Research, Inc., 395 U.S. 100, 112 (1969).

/////

1   Accordingly, IT IS HEREBY RECOMMENDED that plaintiff's October 7, 2005,
2   motion for a preliminary injunction be denied.
3   These findings and recommendations are submitted to the United States District
4   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
5   days after being served with these findings and recommendations, any party may file written
6   objections with the court and serve a copy on all parties.  Such a document should be captioned
7   "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections
8   shall be served and filed within ten days after service of the objections.  The parties are advised
9   that failure to file objections within the specified time may waive the right to appeal the District
10  Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
11  DATED:   11/01/05

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

16  ggh:kj
    hard1897.pi