IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN HARDNEY,

      Plaintiffs,                No. CIV S-04-1897 LKK GGH P

    vs.                           ORDER

TOM CAREY, et al.,

      Defendants.            <u>ORDER</u>

_____/

       Good cause appearing, defendants are granted a 14 day extension to file a responsive pleading.  Defendants' responsive pleading shall be due on or before November 16, 2005.

       IT IS SO ORDERED.

DATED: 11/16/05

                               /s/ Gregory G. Hollows
                               _____
                               UNITED STATES MAGISTRATE JUDGE