IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN HARDNEY,

    Petitioner,          No. CIV S-04-1897 LKK GGH P

    vs.

TOM CAREY, et al.,

    Respondents.         <u>ORDER</u>

_____/

    Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On November 2, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1        1. The findings and recommendations filed November 2, 2005, are adopted in full; and

3        2. Plaintiff's October 7, 2005, motion for a preliminary injunction is denied.

DATED: January 11, 2006.

                                                /s/Lawrence K. Karlton
                                                UNITED STATES DISTRICT JUDGE

/hard1897.801