IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN HARDNEY,

      Plaintiff,                No. CIV S-04-1897 LKK GGH P

   vs.

TOM CAREY, et al.,

      Defendant.          <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On November 10, 2005, defendants filed a motion to dismiss. Plaintiff did not oppose the motion.

        Defendants served their motion on plaintiff at California State Prison-Lancaster. On December 6, 2005, plaintiff filed a notice of change of address stating that on November 8, 2005, he transferred to California State Prison-Sacramento. On January 9, 2006, plaintiff filed another notice of change of address stating that on December 22, 2005, he returned to Lancaster.

        Based on plaintiff's recent transfers, it is unclear whether he received defendants' motion.

/////

/////

1

1           Accordingly, IT IS HEREBY ORDERED that:

2           1. Within ten days of the date of this order, defendants shall re-serve plaintiff at Lancaster with the motion to dismiss and file proof of service;

3           2. Plaintiff's failure to file a timely opposition to defendants' motion will be deemed a waiver of opposition.

DATED:  2/3/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
har1897.ord

2