IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN HARDNEY,

    Plaintiff,                      No. CIV S-04-1897 LKK GGH P

    vs.

TOM CAREY, et al.,

    Defendant.                  <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On November 2, 2005, the magistrate judge recommended that plaintiff's motion for a preliminary injunction filed October 7, 2005, be denied. Plaintiff did not file objections. On January 11, 2006, this court adopted the November 2, 2005, findings and recommendations and denied plaintiff's motion for injunctive relief.

        On January 26, 2006, plaintiff filed a motion for reconsideration of the January 11, 2006, order. Plaintiff states that he did not receive the November 2, 2005, findings and recommendations. Plaintiff requests an opportunity to file objections.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's January 26, 2006, motion for reconsideration is granted;

        2. The January 11, 2006, order is vacated;

1  3. The Clerk of the Court is directed to re-serve plaintiff with the November 2,
2  2005, findings and recommendations; plaintiff may file objections in the time specified in the
3  findings and recommendations.
4  DATED: March 20, 2006.

/s/Lawrence K. Karlton
UNITED STATES DISTRICT JUDGE

7  hard1897.rec