UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF

| | |
|---|---|
| JOHN FREDERICK HARDNEY,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>TOM L. CAREY, Warden; et al.,<br><br>    Defendants - Appellees. | No. 06-16826<br>D.C. No. CV-04-01897-LKK/GGH<br><br>**ORDER** |

This appeal has been taken in good faith　[X]

This appeal is not taken in good faith　[ ]

Explanation: _____

_____

_____

_____

                                    /s/ [signature]<br>
                                        Judge<br>
                               United States District Court<br>
                                    Date: 10/12/06